2jgmtbk (6/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Kristena A Ell<br>    Debtor(s) | ) <br>) Case No.: 13−44334−abf7<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: That pursuant to the Court's Order Directing the Clerk to enter Judgment (Doc. No. 19), entered by the court on 9/16/2014, Judgment is hereby entered in favor of the Chapter 7 Trustee, Erlene W. Krigel, and against the Debtor−Kristena A Ell in the amount of $300.00 for attorney's fees incurred to this point due to debtor's lack of cooperation.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
      Deputy Clerk

Date of issuance: 9/16/14

Court to serve